# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3074
_____

WILLISTON FACILITY, INC.,

Petitioner,

v.

1ST AVENUE CARE, INC., JOSHUA
PLUMLEY, as Personal
Representative of the Estate of
Valerie Jane Buch,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


January 10, 2025


PER CURIAM.

DISMISSED.

ROWE, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kelli B. Hastings and Mark A. Humphrey of Humphrey Law Group, Longwood, for Petitioner.

No appearance, for Respondents.